In the Matter of the CITY OF NEW YORK for the Appointment of the Treasurer of the City of New York as Receiver of All Rents and Profits from Certain Real Property in the Borough of Brooklyn. MASPETH SCRAP METAL & RUBBER CO., INC., Appellant; RACHEL LIEBERMAN et al., Respondents.— In a proceeding to

settle the account of and to discharge a receiver of rents of real property, order denying appellant's motion to open its default and to direct payment to it of the bulk of the surplus moneys affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur. [See *post*, p. 1174.]